# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 23, 2023

## NO. 03-21-00572-CR

**Evan Elon Webber, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 23, 2023

## NO. 03-21-00573-CR

**Evan Elon Webber, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED MARCH 23, 2023

---

## NO. 03-21-00574-CR

---

**Evan Elon Webber, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES BAKER, THEOFANIS, AND JONES
AFFIRMED -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.